IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:02-HC-41-H

JERRY DALE HILL,

    Petitioner,

v.

GERALD BRANKER, Warden,
Central Prison,[1]

    Respondent.

ORDER

Upon consideration of petitioner's motion to seal the proposed clemency budget, filed on December 15, 2011, it is ORDERED that the motion [D.E. # 52] is GRANTED.

This 27th day of December 2011.

                                     MALCOLM J. HOWARD
                                     Senior United States District Judge

At Greenville

---

[1] R.C. Lee, a former Warden of Central Prison, was named as Respondent in the petition. Gerald Branker is the current Warden of Central Prison and is substituted as the proper party to this action. See Fed. R. Civ. P. 25(d) (providing for automatic substitution of public officers).